UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SERGIO ALBERTO BRACO MERCADO,

                Petitioner

      -against-                                   25-CV-6582
                                                     (UNASSIGNED)

LA DEON FRANCIS, etc., et al.,

                Respondents
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Petitioner has filed a related case statement contending that this case is related to Mercado v. Noem, 25-cv-6568 (LAK), and thereore be assigned to me as the judge presiding in the latter case. The government disputes this.

      Under Rule 13 of the Rules for the Division of Business Among District Judges, the determination of "relatedness," and hence the determination of whether the more recently filed case should be assigned to the judge presiding over the earlier filed case is committed in the first instance to the juddge presiding over the earlier filed case, which in this instance is the undersigned.

      In order to facilitate a fully informed decision, petitioner shall file a response to the government's letter of August 11 no later than 5 p.m. on August 14, 2025.

      SO ORDERED.

Dated:      August 13, 2025

                                                        /s/     Lewis A. Kaplan
                                        _____
                                                     Lewis A. Kaplan
                                            United States District Judge