UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

SERGIO ALBERTOBARCO MERCADO,

                Petitioner,

                -against-                        25-cv-6582 (LAK)

LaDEON FRANCIS, et al.,

                Respondents.

------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       Petitioner moves for immediate release pending the resolution of his petition for a writ of habeas corpus. The initial moving papers indicate that time is of the essence and that petitioner is threatened with immediate and irreparable injury in respect of his pending application for asylum by virtue of his detention, the recent and unexpected change in the location at which he is detained, and the consequent elimination or severe limitation of his right to have the advice of counsel in connection with his asylum proceeding.

       Accordingly, the Court will conduct a hearing on petitioner's application on October 9, 2025 at 11:30 a.m. The government produce the petitioner at the hearing. It shall file any papers in response to petitioner's motion no later than 9 p.m. on October 8, 2025.

       SO ORDERED.

Dated:      October 8, 2025

                                                        Lewis A. Kaplan
                                                   United States District Judge