

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

October 8, 2025

**By ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Barco Mercado v. Francis, et al.*, No. 25 Civ. 6582 (LAK)

Dear Judge Kaplan:

On behalf of the respondents, I write respectfully to request a brief adjournment of the hearing that the Court recently scheduled in this matter for tomorrow, October 9, 2025, at 11:30 a.m. *See* ECF No. 19. The undersigned counsel, who is currently furloughed due to the lapse in governmental appropriations and only excepted to work on certain matters, is scheduled to appear at a pretrial conference tomorrow, October 9, at 11:30 a.m., in a matter pending in New York Supreme Court (the "State Court Matter")[1] that has been excepted from the furlough because it is not subject to the Amended Standing Order entered in this district (*see In re: Stay of Certain Civil Cases Pending the Restoration of Department of Justice Funding*, 25-mc-433 (LTS), ECF No. 3). The State Court Matter implicates the interests and equities of the United States, and the pretrial conference cannot be covered by any other attorney in this Office because the matter requires certain national security clearances and has been handled by the undersigned attorney for several years.

I have conferred with Petitioner's counsel, and all counsel would be available for a rescheduled hearing tomorrow, October 9, anytime from 3:00 p.m. onwards. If that time is not convenient for the Court, the undersigned counsel is also available anytime on Friday, October 10; but Petitioner's counsel has consented only to an adjournment to tomorrow afternoon, from 3:00 p.m. onwards.

We thank the Court for its consideration of this request.

*[Handwritten annotation:] The hearing is rescheduled to 3pm on Oct. 9, 2025. The petitioner shall not be transferred to any other facility before conclusion of the hearing.*

---

[1] I am not permitted to provide the caption of the State Court Matter in this publicly filed submission because the Government's appearance and involvement in the Matter have been sealed by the New York state court.

*[Handwritten: 10/8/25   Issued at 2:20 pm]*

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   */s/ Rebecca S. Tinio*
      REBECCA S. TINIO
      Assistant United States Attorney
      Tel.:   (212) 637-2774
      Email:  Rebecca.Tinio@usdoj.gov

cc:   All counsel of record (by ECF)