USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SERGIO ALBERTO BARCO MERCADO,

               Petitioner,

       -against-                                           25-cv-6582 (LAK)

LaDEON FRANCIS, etc., KRISTI NOEM, etc., and
PAM BONDI, etc.

               Respondents.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER OF CONDITIONAL RELEASE

LEWIS A. KAPLAN, *District Judge.*

        On August 9, 2025, petitioner filed a petition for a writ of habeas corpus. The matter now is before the Court on his October 7, 2025 motion for an order requiring that he immediately be released from custody, pursuant to *Mapp v. Reno,* 241 F.3d 221 (2d Cir. 2001), pending the resolution of his petition for writ of habeas corpus (Dkt 18). The Court having considered the submissions of all parties and having made findings and conclusions stated on the record in open court, it is hereby:

        **ORDERED,** as follows:

        1.     Petitioner's motion (Dkt 18) is **GRANTED** to the extent hereinafter set forth.

        2.     Respondents immediately shall release petitioner from custody in this building without restraints on his liberty other than any that existed prior to his redetention on August 8, 2025 and those imposed by this Order. They shall file with the Clerk of Court no later than October 10, 2025 an affidavit or declaration confirming that they have released petitioner as directed.

        3.     Petitioner's release pursuant to this Order is conditioned on the following:

        (a)     Petitioner shall advise the court and the United States Attorney's office for this district in writing before making any change of residence or telephone number.

        (b)     Petitioner shall appear in this court as required and, if so ordered, shall surrender at such time and place as this court may order.

        (c)     Petitioner shall not violate any federal, state or local criminal law.

        4.     Respondents shall not again take petitioner into custody absent leave of this Court.

        5.     Unless extended, this order shall expire three days after the date on which this Court decides petitioner's petition for a writ of habeas corpus.

Dated:   October 9, 2025

                                            _____
                                          Lewis A. Kaplan
                                      United States District Judge