## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

SERGIO ALBERTO BARCO MERCADO,

                              Petitioner,                    25 **CIVIL** 6582 (LAK)

    -against-                                              **JUDGMENT**

LADEON FRANCIS, in his official capacity as Acting
Field Office Director of New York, Immigration
and Customs Enforcement; KRISTI NOEM, in her
official capacity as Secretary of Homeland Security;
PAM BONDI, in her official capacity as Attorney
General,

                              Respondents.

-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion dated November 26, 2025, Mr. Barco's petition for a writ of habeas corpus is granted. Pending a final determination in his removal proceedings, Mr. Barco shall remain free of detention or any other restraint under the immigration laws of the United States to which he was not subject upon his release on bond in 2022. Mr. Barco, on or before December 31, 2025, may submit an application for fees and other expenses in accordance with the EAJA.

**DATED:**  New York, New York
               December 12, 2025

                                                  **TAMMI M. HELLWIG**

                                                        **Clerk of Court**

                            **BY:**      *K. Mango*

                                                        **Deputy Clerk**