

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

December 31, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-6-26

**By ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Barco Mercado v. Francis, et al.*, No. 25 Civ. 6582 (LAK)

Dear Judge Kaplan:

On behalf of all parties, who have conferred, I write respectfully to jointly request an adjournment of the initial briefing deadline that the Court set for Petitioner to file an application for fees under the Equal Access to Justice Act ("EAJA"), from December 31, 2025, to March 12, 2026.[1]  *See* ECF No. 29.  The 30-day time to file an application for fees under EAJA runs from the date that the time to appeal a final judgment expires. *See Melkonyan v. Sullivan*, 501 U.S. 89, 96 (1991) ("Accordingly, we hold that a 'final judgment' for purposes of 28 U.S.C. § 2412(d)(1)(B) means a judgment rendered by a court that terminates the civil action for which EAJA fees may be received. The 30-day EAJA clock begins to run after the time to appeal that 'final judgment' has expired."). The Court entered the final judgment in this matter on December 12, 2025.  *See* ECF No. 29.  Thus, the 60-day period to appeal the judgment expires after February 10, 2026.

To ensure that any EAJA fees application is not premature and that the Court has jurisdiction to consider it, the parties thus jointly request that Petitioner's initial deadline to file his application be reset to March 12, 2026, which is 30 days after February 10.  This time would also allow the parties to consider whether any dispute over EAJA fees may possibly be consensually resolved without need for judicial resolution, or if necessary, to confer on agreed dates for the remaining briefing.  This is the first request for an extension of this deadline, and it is made jointly.  In accordance with the Court's individual practices regarding an extension request made on consent, an agreed stipulation is attached hereto.

We thank the Court for its consideration of this request.

SO ORDERED  Granted
/s/ Lewis A. Kaplan  1/6/26

---

[1] The parties sincerely apologize for not requesting this adjournment two business days in advance, as required by the Court's individual practices.  This oversight was due to the press of other business, the intervening holidays, and the ongoing leave of the undersigned government counsel.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   /s/ Rebecca S. Tinio
REBECCA S. TINIO
Assistant United States Attorney
Tel.:   (212) 637-2774
Email:  Rebecca.Tinio@usdoj.gov

Encl.

cc:   All counsel of record (by ECF)