**U.S. Department of Justice**

| | |
|---|---|
| USDC SDNY | *United States Attorney* |
| DOCUMENT | *Southern District of New York* |
| ELECTRONICALLY FILED | *86 Chambers Street* |
| DOC #: _____ | *New York, New York 10007* |
| DATE FILED: 1-27-26 | January 22, 2026 |

BY ECF

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

     Re:    *Barco Mercado v. Francis et al.*, No. 25 Civ. 6582 (LAK)

Dear Judge Kaplan:

     I write respectfully to inform the Court that I will be leaving the United States Attorney's Office. Accordingly, I request the entry of an order terminating my appearance in this matter. My colleague, AUSA Tara Schwartz, has entered an appearance and will represent the interests of the Government in this case.

     I thank the Court for its consideration of this request.

                    Respectfully,

                    JAY CLAYTON
                    United States Attorney for the
                    Southern District of New York

        By:    /s/ *Rebecca S. Tinio*
                    REBECCA S. TINIO
                    Assistant United States Attorney
                    Telephone: (212) 637-2774
                    Email: rebecca.tinio@usdoj.gov
                    *Counsel for Defendants*

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ