

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5/18/2026

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

May 13, 2026

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *Barco Mercado v. Francis, et al.*, No. 25 Civ. 6582 (LAK)

Dear Judge Kaplan:

    This Office represents Respondents in the above-referenced immigration habeas action brought by petitioner Sergio Alberto Barco Mercado ("Petitioner"). With Petitioner's consent, Respondents write to respectfully request a one-week extension of their time, from May 19, 2026, to May 26, 2026, to file their reply in support of their motion to vacate or modify the Court's judgment. In accordance with Your Honor's Individual Rules of Practice, a proposed stipulation and order extending the Respondent's reply brief deadline has been filed separately for this Court's review and approval.

    As background, on November 26, 2025, the Court granted the petition for a writ of habeas corpus and ordered Petitioner released. ECF No. 28. On April 29, 2026, Respondents moved to vacate or modify the judgment on the grounds of changed factual circumstances; namely, Petitioner's criminal arrest on April 4, 2026. ECF Nos. 36-38. Petitioner filed an opposition to Respondent's motion on May 11, 2026. ECF No. 39. At present, Respondents' reply in support of their motion is due on May 19, 2026.

    The reason for the requested extension is that the attorney from this Office who filed the motion on behalf of Respondents and who intends to file the reply, is out of the office until May 19, 2026. Accordingly, the requested extension will allow him to coordinate with Respondents and draft a reply upon his return to the office. This is Respondents' first request for an extension of time to file their reply in support of their motion to vacate or modify the Court's judgment. Petitioner consents to the requested extension.

    We thank the Court for its consideration of this request.

*Granted,*

*[signature]*

5/18/26