USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-28-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
SERGIO ALBERTO BARCO MERCADO,

Petitioner,

-against-

25-cv-6582 (LAK)

LADEON FRANCIS, etc., et al.,

Respondents.
------------------------------------------x

**ORDER DENYING MOTION TO VACATE OR MODIFY THE JUDGMENT**

LEWIS A. KAPLAN, *District Judge*.

On November 26, 2025, this Court entered judgment for petitioner and held that "[p]ending a final determination in his removal proceedings, [petitioner] shall remain free of detention or any other restraint under the immigration laws of the United States to which he was not subject upon his release on bond in 2022."[1] Respondents now move the Court to vacate or modify the judgment so that U.S. Immigration and Customs Enforcement may arrest and detain petitioner following his arrests for state law violations. No change to the judgment is necessary. Petitioner was subject to 8 U.S.C. § 1226 upon his release on bond in 2022, and he remains subject to it today. Respondents' motion (Dkt 36) accordingly is denied.

SO ORDERED.

Dated: September 28, 2026

Lewis A. Kaplan
United States District Judge

---

1 *Barco Mercado v. Francis*, 811 F. Supp. 3d 487, 506 (S.D.N.Y. 2025) (LAK).